# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS



**FILED**
U. S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
APR 2021
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

UNITED STATES OF AMERICA

VS.   NO.  4:17-cr-00293-BSM

PAULA ENOS

31675-009

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE CUSTODIAL AUTHORITY at the MCPHERSON UNIT and
TO THE UNITED STATES MARSHAL FOR THE EASTERN DISTRICT OF ARKANSAS:

GREETINGS:

We command that you surrender the body of PAULA ENOS #707344 detained in the MCPHERSON UNIT, GRADY, ARKANSAS in your custody, under safe and secure conduct, to the custody of the United States Marshal for the Eastern District of Arkansas, and the said Marshal *Continued* is directed to produce the body of the Defendant before this Court on **July 8, 2020 at 11:00AM**, before the Honorable Brian S. Miller, and after the proceedings have been concluded, that you return PAULA ENOS to MCPHERSON UNIT under safe and secure conduct.

IN WITNESS WHEREOF, I have set my hand and the seal of said court, this 26 June 2020.

_____
UNITED STATES MAGISTRATE JUDGE

A TRUE COPY I CERTIFY
JAMES W. McCORMACK, CLERK
By _____ D.C.

To Put 6-29-20
direct drop
* Court Continued *
RT 2-4-21

I HEREBY CERTIFY AND RETURN THAT I HAVE EXECUTED
(IN PART) THE WITHIN WRIT BY DELIVERING THE SAID:
(NAME) Enos
FROM ADC TO PUL
ON THIS DATE 6-29-20
DEPUTY SIGNATURE AND DISTRICT:
PP

I HEREBY CERTIFY AND RETURN THAT I HAVE EXECUTED
(IN PART) THE WITHIN WRIT BY DELIVERING THE SAID:
(NAME) Enos
FROM PUL TO ADC
ON THIS DATE 2-4-21
DEPUTY SIGNATURE AND DISTRICT:
PP

I HEREBY CERTIFY AND RETURN THAT I HAVE EXECUTED
(IN PART) THE WITHIN WRIT BY DELIVERING THE SAID:
(NAME)_____
FROM _____ TO _____
ON THIS DATE _____
DEPUTY SIGNATURE AND DISTRICT:

I HEREBY CERTIFY AND RETURN THAT I HAVE EXECUTED
(IN PART) THE WITHIN WRIT BY DELIVERING THE SAID:
(NAME)_____
FROM _____ TO _____
ON THIS DATE _____
DEPUTY SIGNATURE AND DISTRICT:

I HEREBY CERTIFY AND RETURN THAT I HAVE EXECUTED
(IN PART) THE WITHIN WRIT BY DELIVERING THE SAID:
(NAME)_____
FROM _____ TO _____
ON THIS DATE _____
DEPUTY SIGNATURE AND DISTRICT: