① 

Paula Enos
Reg # 31075-009
SS#
D.O.B                    52 yrs old.

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
1-29-26
FEB 19 2026
TAMMY H DOWNS, CLERK
By: _____
DEP CLERK

4:17CR00293-32-BSM

To Whom it May Concern:
     I was arrested on 11/21/2018 on state and federal charges (all related). From there I was served my indictment from the Eastern district of Arkansas, and was charged by the state of Arkansas for possesion for the drugs found on me which are also listed in my indictment. I recieved a 180 month sentence from the state of Arkansas to run concurrent with the 150 month sentence to the B.O.P from your court room. After serving my time at A.D.C I was transfered directly to B.O.P custody. I have been dedicated to rehabilitating myself since 11/21/2018 in each facility I've served time in. In the following pages I have enclosed copies of all my accomplishments since 11/21/2018. The certificates I recieved while in A.D.C and Pulaski County federal custody have already

been submitted to you. After arriving to the B.O.P., due to my high recidivism I wasnt eligible to recieve the full amount of my FSA credits that would have been offered to me. Because of my excessive programing and clear conduct my case manager encouraged me to petition the court and request a reduction of sentence for the extra 5 days per month I did not recieve due to high recidivism during the past 4 years and 11 months Ive been in B.O.P custody. I have remained completely incident free and have programed excessively. Ive also been dedicated to helping other inmates by sharing my experience strength and hope. I have spent alot of time with fellow inmates creating and writing a program called Fresh Start that is geared toward helping inmates with high recidivism and to help inmates clear severe and lengthy disciplinary records with the B.O.P. I have also enclosed an outline of our program ideas that we submitted to Mrs. Spicer in the Psychology Dept. in Aliceville.

③

I would be absolutely grateful for any reduction that you may grant me to help me return home to my very elderly mother. And my precious 8 year old granddaughter who is patiently waiting for her "GiGi" to come home. We have only ever met by video visits regularly. I also plan to continue to share my experience strength and hope with other ladies like myself In hopes they wont take their family and children through the heart break I have.

Sincerly
Paula
Enos

------------------------------------------------------------------------------------------------------

FROM: 57994083
TO: Psychology Services
SUBJECT: ***Request to Staff*** VOSS, CATHERINA, Reg# 57994083, ALI-A-B
DATE: 07/27/2025 06:55:03 PM

To: MS. SPICER
Inmate Work Assignment: UNICOR

To:  Ms. Spicer
From: Catherina Voss
Re:  Fresh Start
Program co-writers:  Paula Enos & Shannon Ferguson & Catherina Voss

FRESH START
ACRONYM FOR ALL 4 PHASES IS:  H.O.P.E

This program has a zero tolerance policy for breaking BOP rules and regulations.  You can only be accepted 1 time for this program and receive it's benefits.
The benefits of this program upon graduation Are as follows:
-YOUR BOP DISCIPINARY RECORD WILL BE EXPUNGED

-Each Phase will last for a term of 3 months (Quarterly)

PHASE ONE:  HEALING
-For the 1st three months, AIC's will work on their Prison etiquette
-They will study the BOP handbook and follow it with no exceptions
-Participants will hold each other accountable weekly or bi-weekly in accountability circles
-All in house infractions are geared towards positivity
-There will be awards and incentives for person of the week
-Weekly groups held

PHASE TWO:  OPPORTUNITY
-Participants will be settled in program and will operate as a team and look out for one another
-Everything within FRESH START is held in confidence
-Anything leaked to a non-participant will result in AIC removal of program
-Everyone is assigned chores and responsibilities
-At this point in the program 4 team leaders to lead groups, assign chores and responsibilities
-Our focus is to live a SHOT FREE, DICIPLINED DRUG-FREE PEACEFUL LIFE for the purpose of preparing for our futures
-In this phase weekly groups are held

PHASE THREE:  PERSERVERANCE
-Participants should have shown excessive growth at this point
-Participant should be showing PERSERVERANCE, HOLDING A JOB, MEETING GOALS SET AND HAVE A RE-ENTRY PLAN
-Participant should show growth in relationships skills with others
-Weekly Groups

PHASE FOUR:  EMBRACE
-Participants should be showing growth in all phases
-Participants will hold workshops on giving back to their community
-Participants will make an exit plan to be approved by the PROGRAM DRIECTOR
-Participant will be working on the next phase of their life
     -Signing up for classes or other programs
     -Being leaders in this program
     -Budgeting
     -Restoring Broken relationships with children/family
-Weekly Groups can include:
Substance Abuse treatment
AA/NA Meetings
Anger Management

TRULINCS  57994083 - VOSS, CATHERINA ROSE - Unit: ALI-A-B

---------------------------------------------------------------------------------------------------

Trauma and Healing
Cognitive Behavior Awareness
Victim Impact
Life Skills
Healthy Relationships and Family Re-Unification
Group Therapy (Accountability Circles)
Parenting
Leadership Workshops
Mentoring (By Member of the Peer Success Team- Assigned Life Coach)

Motion for Post Sentencing
Rehabilitation Programming

United States of America

VS.

Paula Enos

petitioner

Case No.

4:17-CR-00293-BSM-32

Motion for Reconsideration 18 U.S.C. ...3747 Post Sentencing Rehabilitation Programming. Comes now petitioner Paula Enos to request reduction of sentence pursuant to 18 U.S.C 3747 post sentencing rehabilitation.

The defendant is currently incarcerated at Federal Correction Institution WASPCA in MN. She has been incarcerated since 11/2018 and has an expected release date of 12/31. During incarceration she has received 25 certificates, totaling 3233 hours. (please see attached)

Pursuant to 18 U.S.C.3742(e) the defendant could be considered for reduction of sentence see Peter vs. United States, Supreme court 131 S Ct. 1229;179 L Ed. 2d 196. 2001 ES. Lexis 1902, argued December 6, 2010 decided March 2, 2001. The downward variance was based on papers post sentencing rehabilitation. Also see United States vs. Brooker, Supreme Court 160 L ED 2nd 6211255 S. Ct. 736(2005): Gali vs. United States. 552 U.S 38 1285 S. Ct. 586.169 I Ed. 2nd 445,2007 Lexis 130 83 argued October 2, 2007, decided December 10, 2007. Judge Robert C. Chambers (4th circuit)granted Terri I. Burns on July 16,2012 under 18 U.S.C 3742 (e) received a 30 month sentence reduction for programing. Burns received 20 certificates while housed at Federal Prison Camp Alderson in Alderson, West Virginia.

A sentencing reduction based on post conviction rehabilitation can hardly be said to be inconsistent while the polices underlining an awarded of good time credit by the Bureau of Prisons (BOP) dose not affect the length of the court imposed sentence; rather it is an administrative review to provide an incentive for prisoners' to comply with institutional disciplinary regulation. Such credits may be revoked at any time before an incentive for prisoner's release 18U.S.C 3624(b)(2).

In contrast, a court's imposition of reduced sentence based on post-sentencing rehabilitation changes the very term of imprisonment and recognize that the defendants conduct since her initial sentencing warrants less severe criminal punishment. Once imposed a sentence may be modified only in the limited circumstances 18 U.S,C, 3582(c) instead the deference between the two reflected most obviously in the fact that the BOP has no authority's to award good time credit where the defendant good behavior occurs a sentence has already been serviced.

Wherefore defendant humbly asks the Honorable court to accept her certificates for programming and grant a reduction of sentence based on the foregoing.

1-29-2026

Date

Respectfully Summitted

Paula Enos

```
   ALIFA        *          INMATE EDUCATION DATA          *      08-26-2025
PAGE 001 OF 001 *                TRANSCRIPT               *      18:42:11

REGISTER NO: 31675-009      NAME..: ENOS                    FUNC: PRT
FORMAT.....: TRANSCRIPT      RSP OF: ALI-ALICEVILLE FCI

------------------------- EDUCATION INFORMATION -------------------------
FACL ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP DATE/TIME
ALI  ESL HAS    ENGLISH PROFICIENT           06-21-2022 0923 CURRENT
ALI  GED HAS    COMPLETED GED OR HS DIPLOMA  08-15-2022 0807 CURRENT
--------------------------- EDUCATION COURSES ---------------------------
SUB-FACL    DESCRIPTION                  START DATE  STOP DATE EVNT AC LV  HRS
ALI         RPP#3: BUDGETING             06-16-2025 07-07-2025  P   C  P     8
ALI         TUTOR TRAINING               12-02-2024 12-05-2024  P   C  P     3
ALI         TIME 2                       01-23-2025 03-20-2025  P   C  P    24
ALI         RPP#5:HOUSING/TRANSPORTATION 03-10-2025 03-28-2025  P   C  P     8
ALI         SERVESAFE FOOD HANDLER       01-27-2025 02-25-2025  P   C  P     8
ALI         SELF ESTEEM SPANISH          01-21-2025 01-28-2025  P   C  P    10
ALI         POETRY                       01-16-2025 01-23-2025  P   C  P    10
ALI         RPP#6:SELF ESTEEM FOR ADULTS 11-18-2024 12-05-2024  P   C  P     8
ALI         BASIC MATH SKILLS-FCI        08-01-2024 08-29-2024  P   C  P    10
ALI         TUTOR TRAINING               03-01-2024 03-11-2024  P   C  P    10
ALI         RPP 6: TIME                  03-20-2024 05-22-2024  P   C  P    24
ALI         BEGINNERS CROCHET SCP        01-09-2024 02-27-2024  P   C  P     8
```

These highlighted classes did not issue certificates but this is a copy from the B.O.P education department confirming these classes were completed

```
G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

## Individualized Needs Plan - Program Review    (Inmate Copy)

SEQUENCE: 02281267
Dept. of Justice / Federal Bureau of Prisons
Team Date: 05-08-2025

Plan is for inmate: ENOS, PAULA S   31675-009

| Description | Start |
|---|---|
| DRUG ABUSE DIAGNOSIS PENDING | 08-27-2022 |
| DRUG EDUCATION COMPLETE | 12-22-2022 |
| MED ASSIST TRMT SCREEN | 07-01-2024 |
| NRES DRUG TMT WAITING | 06-22-2022 |

### nt Plan

t Payment Plan

| | | | | |
|---|---|---|---|---|
| ment: | **COMPLT** | **FINANC RESP-COMPLETED** | Start: 03-12-2024 | |
| sion: | **AGREED** | 50% | Frequency: **MONTHLY** | |
| ast 6 months: | **$0.00** | | Obligation Balance: **$0.00** | |

*$400.00*
*Court Fee. FRP*
*paid in full*

gations

| pe | Amount | Balance | Payable | Status |
|---|---|---|---|---|
| SSMT | $400.00 | $0.00 | IMMEDIATE | COMPLETEDZ |

** NO ADJUSTMENTS MADE IN LAST 6 MONTHS **

### its

Deposits - Past 6 months:   $1,100.00         Payments commensurate ?   Y

nt Plan:   ** No data **

### A Assignments

| Description | Start |
|---|---|
| FTC-ELIGIBLE - REVIEWED | 07-02-2022 |
| NEED - ANGER/HOSTILITY YES | 05-06-2025 |
| NEED - ANTISOCIAL PEERS YES | 05-06-2025 |
| NEED - COGNITIONS YES | 05-06-2025 |
| NEED - DYSLEXIA NO | 07-12-2022 |
| NEED - EDUCATION NO | 05-06-2025 |
| NEED - FINANCE/POVERTY NO | 05-06-2025 |
| NEED - FAMILY/PARENTING NO | 05-06-2025 |
| NEED - MENTAL HEALTH NO | 05-06-2025 |
| NEED - MEDICAL YES | 05-06-2025 |
| NEED - REC/LEISURE/FITNESS NO | 05-06-2025 |
| NEED - SUBSTANCE ABUSE NO | 05-06-2025 |
| NEED - TRAUMA NO | 05-06-2025 |
| NEED - WORK NO | 05-06-2025 |
| LOW RISK RECIDIVISM LEVEL | 05-06-2025 |

### ince last review

tained clear conduct since last program review. AIC has completed Tutor Training, Time 2, RPP#5: Housing/Transportation, Servesafe
, Self Esteem Spanish, Poetry, and RPP#6: Self Esteem for Adults since last program review. AIC is on the waiting list for NRDAP,
ccess, Anger Management, Women Career, Assert Yourself, Basic Cognitive Skills, and 11 other WASPB programs. AIC is currently
-2 Unit Orderly work detail.

Low-Risk recidivism level AIC! Great Job working to reduce your recidivism level!

### am Review Goals

courages her to complete Start Now, or any other FSA class, by her next program review. The unit team encourages her to save $25.00 for
y her next program review.

### Goals

icourages AIC to complete Non-Residential Drug Abuse Program by May 2026. Unit Team recommends AIC obtain a copy of social
or birth certificate for central file. Unit Team encourages AIC to complete RDAP by 2030 and save $500.00 in preparation for release.

### lacement

. decision - RRC placement will be accessed in accordance with the First Step Act and the Second Chance Act 17-19 months prior to



**U.S. Department of Justice**
**Federal Bureau of Prisons**
**Federal Correctional Institution**
P.O. Box 445
Aliceville, Alabama 35442

January 15, 2025

TO:        Whom This May Concern

FROM:      C. Preer, Correctional Counselor

SUBJECT:   Letter of Incarceration


To Whom This May Concern:

Paula Enos, born June 28, 1973, is currently in Federal Bureau
of Prisons custody.  She was sentenced out of the Eastern
District of Arkansas.  She has been incarcerated at FCI
Aliceville since June 13, 2022, via initial designation. She has
a projected release date of December 10, 2031, via Good Conduct
Time Release.

Should you need to speak with me concerning Paula Enos please
contact me at (205) 373-5000.

Respectfully,

C. Preer
Correctional Counselor



Program Management
Paula Enos
Reg# 31675-009

| Year | accomplished | Hours completed |
|------|-------------|-----------------|
| | ADC | |
| 2019 | Cosmetology - Instructor | 600 hours |
| 2020 | TC - Therapeutic Community | 600 hours |
| 2022 | Mentor in Re-Entry Program | 800 hours |
| | BOP | |
| 2022 | Trauma | 12 hours |
| 2022 | Financial Literacy | 12 hours |
| 2022 | Unicor | 500 hours |
| 2022 | Drug Education | 12 hours |
| 2022 | Healthier me in the BOP | 12 hours |
| 2022 | Outstanding Performance | Unicor (500) |
| 2023 | Parenting | 6 hours |
| 2023 | Square | 12 hours |
| 2023-2025 | Leader of Peer Success Program | 36  hours |
| 2023 | Crochet Class | 8 hours |
| 2023 | Tutor Time 1 class | 24 hours |
| 2023 | Time 1 class | 10 hours |
| 2024 | Basic Math | 10 hours |
| 2024 | Self Esteem | 8 hours |
| 2024 | Poetry | 10 hours |
| 2024 | Self Esteem Spanish | 10 hours |
| 2024 | Serve Safe Food Handler | 8 hours |
| 2025 | Housing Transportation | 8 hours |
| 2025 | Time 2 | 24 hours |
| 2025 | Tutor time 2 | 3 hours |
| 2025 | Budgeting | 8 hours |

# ARKANSAS DEPARTMENT OF HEALTH —COSMETOLOGY

158086          Instructor     - Student Training Permit          158086

| Matriculation Date | Receipt Number | Amount Paid |
|---|---|---|
| 8/13/2019 | 20190905000000008 | $20.00 |



**Student ID: 77253 - Paula SueAnne Enos**

**Riverside Vocational Technical School**

**302 Corrections Drive**

**Newport, AR 72112**

Hours will not be accredited prior to above date, which signifies the student is duly registered with Arkansas Department of Health.

THIS PERMIT ALLOWS SAID STUDENT TO PRACTICE IN THE ABOVE STATED LICENSED SCHOOL OF COSMETOLOGY UNDER THE SUPERVISION OF A LICENSED INSTRUCTOR.

THIS PERMIT IS NOT TRANSFERABLE

STUDENT COPY

(Post in school) Return with Certificate of Training.

600

# Certificate of Completion

This certifies that

## PAULA ENOS

In recognition of successfully completing the following class:

## WOMEN'S BASIC FINANCIAL LITERACY



**FCI ALICEVILLE**

<u>**September 20, 2022**</u>
DATE

W. Isaac, Special Population Coor.

**1.Dept.: AV SEW 1**     **2.Unit B-4**     **3. TYPE**     NEW HIRE



# **UNiCOR**
We're life changing.
## **Industrial Employment/IPRS Action Report**

| 4. Factory Code: | **AVCS** | **UNICOR** Federal Prison Industries, Inc. |
|---|---|---|

|  | 01 Init. Hire_FPI24M Waiting List |  |
|---|---|---|
| [ 5 ] 5. Waiting List | 02 Init. Hire_FPIVET Waiting List | 6. Military Vet?  [ NO ] |
|  | 03 Init. Hire_FPIPRI Waiting List |  |
|  | 04 Init. Hire_FPIFRP Waiting List |  |
|  | 05 Init. Hire_FPIGEN Waiting List |  |

| | Month  Day  Year | |
|---|---|---|
| 7. Date of Enrollment | 9/28/22 | Date the inmate was initially hired. |
| 8. Longevity in Months | | Include longevity months from every Unicor. |
| 9. GED/HS Diploma | YES | |

| | | | Month  Day  Year |
|---|---|---|---|
| 10.  Employment Type: | FULL TIME | 11.  Effective Date: | 9/28/22 |

| 12.  Register Number | 13.  Resident Name (Last, First, Middle) | 14.  Inst. Code |
|---|---|---|
| 31675-009 | Enos, Paula | 138 |

**Action Recommended**

**From**

| 15. CC | 16.  Grade 1-5 | 17.  Industry Code | 18. Wage Plan | 19.  Dot Code | 20.  Position Title |
|---|---|---|---|---|---|
| AVCS | 5 | 1143 | S | 787.682-046 | OPERATOR |

↕

**To**

| 21. CC | 22.  Grade 1-5 | 23.  Industry Code | 24. Wage Plan | 25.  Dot Code | 26.  Position Title |
|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

[ ] 27. Reason For Termination Of Employment Or Withdrawal

    1 = Dismissed    2 = Resigned    3 = Disciplinary/Control    4 = Released

    5 = Program Discontinued    6 = Institutional Needs   7 = Transferred   8 = Other/Programming

[ ] 28. Continuation of Longevity Status

    1 = yes   2 = no     (For use only when termination is for release (MR or parole).

| Recommended By: | _GHutchins_ | , Foreman | Date: | 9-22-22 |
|---|---|---|---|---|
| Approved By: | _H. Collins_ | , Supervisor | Date: | 9/29/22 |
| Approved By: | | , AW/SOI or Busniess Mgr. | Date: | |
| Enter On Payroll Records: | _T. Brashear_ | , Timekeeper | Date: | 9/29/22 |

FPI Revised Form 96
Issued: 09/11/2015

Document No.    qp5530-1

# UNICOR WORK PERFORMANCE EVALUATION RECORD

NAME:     ENOS, PAULA

           (LAST, FIRST, MIDDLE INITIAL)

REGISTER NUMBER:     31675-009

UNIT:    A-1

HIRE DATE:    9/28/22

INSTITUTION CODE:    AVCS

INDUSTRY CODE:    CTG

DEPT:    BIVY

JOB DESC.:    OPERATOR

RATING SCALE

1= MUCH WORSE THAN AVERAGE
2=WORSE THAN AVERAGE
3=AVERAGE
4=BETTER THAN AVERAGE
5=MUCH BETTER THAN AVERAGE

EVAL BEGIN DATE:    9/30/2022

EVAL END DATE:    3/31/2023

EVALUATION COMMENTS:

(INMATE INITIALS)

(STAFF INITIALS)

FPI-44
REVISED 8/16/2017

ORIGINAL-Stays with UNICOR
COPIES- One copy to Case Manager after each
         evaluation period.

| SAFETY | QUALITY ASSURANCE | PERSONAL CONDUCT/HYGIENE | PUNCTUALITY / PRODUCTIVITY | COMPLIANCE WITH WORK STANDARDS | | | | | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 5 | 5 | 5 | 5 | | | | | | 25 | |



300 American Blvd. Haleyville, Al 35565   205-486-5258

September 16, 2025

**To Whom It May Concern:**

It is a pleasure to recommend Paula Enos for her next opportunity. Paula has been employed with Exxel Outdoors at our Unicor facility in Aliceville, Alabama, since September 28, 2022.

During her time with us, Paula has consistently demonstrated excellent teamwork and adaptability. She has worked in various departments and was promoted to our Quality Assurance (QA) Department due to her strong performance and dedication. In her QA role, she has quickly learned a variety of operations necessary to succeed and has shown great versatility by stepping into different areas as needed.

Paula is a hard worker who plays a key role in helping us meet our production goals. She communicates effectively with our factory leads to ensure that our quality standards are maintained. Her respectful attitude and dependable work ethic make her a valued asset to our team.

I highly recommend Paula to any organization. If you need any additional information, please feel free to contact me at (205) 486-5259.

Thank You,

*Kimeral Wilson*

Kimeral Wilson

HR Manager

CERTIFCATE of COMPLETION

THIS ACKNOWLEDGES THAT

---

Enos, Paula #31675-009

---

**HAS SUCCESSFULLY COMPLETED THE**

*Drug Education 12hrs*

"A moment of patience in a moment of anger saves you a hundred moments of regret."

DECEMBER 22,
**2022**

M. Rogers, Drug Abuse Treatment Specialist



# Certificate of Completion

### This Certifies that

## P. ENOS

*Has successfully completed*

## A HEALTHIER ME IN THE BOP





Given this 10th _day of **January** in the year of **2023.**

*C. Walker*
_____
*Recreation Specialist*



# CERTIFICATE

## of Achievement

is proudly awarded to

*Paula Enos*

for your outstanding performance in
Fabric Sealer for December

### CONGRATULATIONS

You Did It!

20 December 2023

Date

Ms. Wilson

Human Resources



# CERTIFICATE OF COMPLETION

This certifies that

## PAULA ENOS

In recognition of successfully completing the following class:

## NATIONAL PARENTING PROGRAM



**FCI ALICEVILLE**

<u>September 8, 2023</u>
DATE

W. Jenkins, Special Population Coor.



# Certificate of Completion

This Is To Certify That

## *Paula Enos*

Has Completed

## *Square One*

at FCI Aliceville, Aliceville, Alabama



# CERTIFICATE

## OF APPRECIATION

PROUDLY PRESENTED TO

# PAULA ENOS

FOR OUTSTANDING MENTORING & LEADERSHIP WITH THE PEER SUCCESS TEAM SINCE JUNE 2024 AT FCI ALICEVILLE

THINK TANK MEMBER

LT M. DANIEL, LICSW

CO - FACILITATOR

T. SPICER

CO - FACILITATOR

V. TROTMAN

ASSOCIATE WARDEN

J. BROTON

WARDEN

August 28, 2025



# CERTIFICATE

## OF APPRECIATION

### PROUDLY PRESENTED TO

# *PAULA ENOS*

*FOR SPONSORING AND ASSISTING IN THE 90 DAY CHALLENGE*

*WITH THE PEER SUCCESS TEAM AT FCI ALICEVILLE*

THINK TANK MEMBER

LT M. DANIEL, LICSW

CO - FACILITATOR

T. SPICER

CO - FACILITATOR

V. TROTMAN

ASSOCIATE WARDEN

J. BROTON

WARDEN

*August 28, 2025*

TRULINCS  49716177 - BLAIR, CELESTE MONETTE - Unit: ALI-B-D

--------------------------------------------------------------------------------

FROM: 49716177
TO: Santos, Michael
SUBJECT: Paula Enos
DATE: 07/20/2025 08:44:38 AM

My name is Celeste Blair, I am the Creator of the Peer Success Team Mentorship program and The Collective think tank.

This letter is to highlight the extraordinary performance of PAULA ENOS. Ms. Enos is the leader of A2, where the Peer Success has had the most positive outcome from the very beginning.

Paula Enos does the work. For the past year, when I have presented projects for The Collective to engage in, she has been the one to immediately pull me to the side and go over her vision of the assignment, seeking feedback and keeping me up to date as to the progress of her work.

Ms. Enos is approachable, friendly, professional, courteous and dedicated.

The Peer Success Collective is on the brink of publication; our goal is to have workbooks completed for print by Dec. 1 2025. Ms. Enos has risen to the occasion; taking her workshops and translating them into workbooks, understanding the power of the effort.

My hope is that she too, will earn her freedom through the Prison Professors website.
This letter is to vow my continued support to her on her journey.

Sincerely,

Celeste Monette Blair

Celeste M Blair @ gmail.com

TRULINCS 33528510 - CRUZ, BRITTANY NICOLE - Unit: ALI-A-B

---------------------------------------------------------------------------------------------------

FROM: 33528510
TO: Elle, Tiff
SUBJECT: Workshop Earning Freedom Workshop
DATE: 07/26/2025 07:16:23 PM

I attended two workshops with Paula Enos and it was a Earning Freedom workshop and a Mentoring one on one workshop because I am a mentee of Paula Enos and I am planning to be a mentor..




# Certificate of Completion

## This certifies that

# ENOS.P

—————————————

## Has successfully completed all requirements for:

# CROCHET

hereby awarded 8 Sentry Credit Hours

February 2024

*Cargile*
**Recreation Specialist**



# Certificate of Completion

This Certification Acknowledges

## PAULA ENOS

Has successfully completed the Release Preparation Program Course Work (2024)

at FCI Aliceville, Aliceville, Alabama

of

## SELF-ESTEEM FOR ADULTS

K. Williams, RPP Coordinator


ServSafe
National Restaurant Association

# Certificate of Achievement



**ANAB**
*ANSI National Accreditation Board*
A C C R E D I T E D
ANSI/ASTM E2659
CERTIFICATE ISSUER
#0655

This certificate is awarded to
## PAULA ENOS

Congratulations! You have completed
## ServSafe® Food Handler
Employee Food Safety Course and Exam

National Restaurant Association
233 S. Wacker Drive, Suite 3600
Chicago, IL 60606-6383
800.765.2122 in Chicago area 312.715.1010
Restaurant.org | ServSafe.com

Certificate Number  **7657212**        Date  **2/20/2025**

Expiration Date  **2/20/2028**



©1986-2024 National Restaurant Association Educational Foundation (NRAEF). All rights reserved. The ServSafe, NRAEF, National Restaurant Association and National Restaurant Association Solutions, LLC logos and names and logos are registered trademarks used under license by Solutions and may not be otherwise used without the explicit written permission of the owner in each case.



# Certificate of Completion

This Certification Acknowledges

## *PAULA ENOS*

Has successfully completed the Release Preparation Program Course Work (2025)

at FCI Aliceville, Aliceville, Alabama

of

# HOUSING & TRANSPORTATION

K. Williams, RPP Coordinator



# Certificate of Completion

This Certification Acknowledges

## *PAULA ENOS*

Has successfully completed the Release Preparation Program Course Work (2025)

at FCI Aliceville, Aliceville, Alabama

of

# BUDGETING

K. Williams, RPP Coordinator

Paula Enos
51675-009    A____

JAN 3 0 2026

⇔31675-009⇔
Us District Court
600 W Capitol AVE
Eastern District of AR
Little ROCK, AR 72201
United States