IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 4:17CR00293-32-BSM |
| | ) | |
| PAULA ENOS | ) | |

## UNITED STATES' RESPONSE TO DEFENDANT'S MOTION TO REDUCE SENTENCE

The United States of America, by and through Jonathan D. Ross, United States Attorney for the Eastern District of Arkansas, and Assistant United States Attorney Stephanie Mazzanti, respectfully requests that this Court deny defendant Paula Enos's motion to reduce sentence (Doc. 2971).

On April 5, 2022, defendant Paula Enos was sentenced to 180 months' imprisonment, with a 30-month adjustment for time in custody pursuant to U.S.S.G. § 5G1.3(b), resulting in a total term of 150 months' imprisonment. (Doc 2393). On February 19, 2026, the defendant filed the instant motion to reduce sentence. (Doc. 2971). The motion references 18 U.S.C. § 3747 as the statutory authority for a reduction in sentence due to post sentencing rehabilitation, but the cited statutory provision does not exist.

The motion also cites 18 U.S.C. § 3742(e) in support of this Court's authority to reduce a sentence. Although § 3742(a) acknowledges that a notice of appeal is filed in the district court, § 3742 generally addresses appeals before an appellate court. Section 3742(e), the cited provision, sets forth the determination to be made regarding the sentence by the court of appeals in reviewing a sentence; thus, it has no application to the district court, nor does it provide authority for a district court to reduce a sentence. Similarly, *Pepper v. United States*, 562 U.S. 476, 481, 131 S. Ct. 1229, 1236, 179 L. Ed. 2d 196 (2011), has no application here, as that case concerned whether a district

1

court could consider evidence of the defendant's postsentencing rehabilitation "when a defendant's sentence has been set aside on appeal." Enos's sentence has not been set aside on appeal.

Enos recognizes that 18 U.S.C. § 3582(c) only permits modification of a sentence in limited circumstances, and she does not assert that the circumstances set forth in § 3582(c)(1) or § 3582(c)(2) apply here. Even if Enos attempted to raise a claim under § 3582(c)(1)(A), she has failed to demonstrate exhaustion of administrative remedies. As a mandatory claim-processing rule, the requirement of exhaustion under 18 U.S.C. § 3582(c)(1)(A) must be enforced by this Court if properly raised by a party. *See Fort Bend County, Texas v. Davis*, 139 S.Ct. 1843, 1849 (2019); *Hamer v. Neighborhood Housing Servs. of Chicago*, 138 S.Ct. 13, 17 (2017). Further, none of the provisions under § 3582(c)(1)(A) apply, and rehabilitation, on its own, cannot constitute an extraordinary and compelling reason that would warrant a sentence reduction. *See* 28 U.S.C. § 994(t).

**Wherefore**, the United States respectfully requests that this Court deny defendant Paula Enos's motion to reduce sentence (Doc. 2971).

Respectfully submitted,

JONATHAN D. ROSS
United States Attorney

By: STEPHANIE MAZZANTI
Arkansas Bar No. 2006298
Assistant United States Attorney
425 West Capitol Ave., Suite 500
Little Rock, Arkansas 72201
(501) 340-2600
Stephanie.Mazzanti@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 5, 2026, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system. I also sent a copy of the foregoing by first-class mail to:

PAULA S. ENOS  
Reg. No. 31675-009  
FCI WASECA  
FEDERAL CORRECTIONAL INSTITUTION  
P.O. BOX 1731  
WASECA, MN 56093

                                                            JONATHAN D. ROSS  
                                                            United States Attorney

                                                            By: STEPHANIE MAZZANTI  
                                                            Arkansas Bar No. 2006298  
                                                           Assistant United States Attorney  
                                                           425 West Capitol Ave., Suite 500  
                                                           Little Rock, Arkansas 72201  
                                                           (501) 340-2600  
                                                           Stephanie.Mazzanti@usdoj.gov