## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                                **PLAINTIFF**

**v.**                          **CASE NO. 4:17-CR-00293-BSM-32**

**PAULA S. ENOS**
**Reg. No. 31675-009**                                                **DEFENDANT**

### ORDER

Paula Enos's motion to reduce sentence [Doc. No. 2971] is denied. Enos was sentenced to a total term of 150 months' imprisonment for conspiracy to violate the Racketeer Influenced Corrupt Organizations Act, aiding and abetting kidnapping in aid of racketeering, aiding and abetting assault with a dangerous weapon, and conspiracy to possess with intent to distribute and to distribute methamphetamine. Doc. No. 2393. After serving approximately 47 months, Enos seeks release based on rehabilitation. The motion is denied without prejudice because Enos has not exhausted her administrative remedies. *See United States v. Houck*, 2 F.4th 1082, 1084 (8th Cir. 2021). To the extent Enos requests relief under 18 U.S.C. sections 3742 and 3747, her motion is denied because neither entitles her to relief. Her motion is also denied to the extent that she requests reconsideration of her sentence because she presents no evidence indicating her sentence is improper. The government's argument regarding rehabilitation is well-taken but is not yet ripe for consideration.

IT IS SO ORDERED this 9th day of March, 2026.

_Brian S. Miller_
UNITED STATES DISTRICT JUDGE